IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00050-REB-CBS

JORGINA HERRERA,

    Plaintiff,

v.

ALLIANT SPECIALTY INSURANCE SERVICES, INC., and
HUDSON INSURANCE COMPANY,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

THIS MATTER IS before the court on the Plaintiff's Motion for Leave to Amend Complaint and Caption (*doc # 15*), filed March 4, 2011 and Defendants' Notice Regarding Motion for Leave to Amend Complaint and Caption (*doc # 20*), filed March 22, 2011.  IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Complaint and Caption (*doc # 15*) is GRANTED, without prejudice to Defendants' rights under FED. R. CIV. P. 12.  Plaintiff's Amended Complaint (*doc # 15-1*), tendered to the court on March 4, 2011, is accepted for filing as of the date of this order.

**DATED:**    March 23, 2011