**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00050-REB-CBS

JORGINA HERRERA,

    Plaintiff,

v.

ALLIANT SPECIALTY INSURANCE SERVICES, INC., and
HUDSON INSURANCE COMPANY,

    Defendants.

**MINUTE ORDER**[1]

The matter is before the court on defendant's **Motion To Dismiss** [#3] filed January 11, 2011. The motion is **DENIED** as moot. Plaintiff has filed an amended complaint [#22] on March 23, 2011.

Dated: June 30, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.