**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00050-REB-CBS

JORGINA HERRERA,

     Plaintiff,
v.

ALLIANT SPECIALTY INSURANCE SERVICES, INC., and
HUDSON INSURANCE COMPANY,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

     The matter is before me on the **Stipulation For Dismissal With Prejudice** [#47][1] filed June 29, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulation For Dismissal With Prejudice** [#47] filed June 29, 2012, is **APPROVED**;

     2.  That any pending motions are **DENIED** as moot; and

     3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated June 29, 2012, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge

---

[1] "[#47]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.